AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| G-I HOLDINGS, INC.<br>*Plaintiff* | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 11-459 |
| CENTURY INDEMNITY COMPANY, AS<br>SUCCESSOR TO CCI INSURANCE COMPANY,<br>AS SUCCESSOR TO INSURANCE COMPANY<br>OF NORTH AMERICA<br>*Defendant* | )<br>) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Century Indemnity Company
436 Walnut St.
Philadelphia, PA 19106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEE M. EPSTEIN, ESQ.
FRIED & EPSTEIN, LLP
325 CHESTNUT STREET, STE 900
PHILADELPHIA, PA 19106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: JANUARY 24, 2011

*(signature)*
KIMBERLY SCOTT-HAYDEN, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.        11-459

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CENTURY INDEMNITY CO.

was received by me on *(date)* 1/28/11.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* JOHN DWYER, ESQ, who is

designated by law to accept service of process on behalf of *(name of organization)* CENTURY

INDEMNITY CO on *(date)* 1/28/11 ; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: 1/28/11

*Server's signature*

DENNIS RICHMAN
*Printed name and title*

1500 JFK BLVD - Suite 1706
Phila Pa 19102
*Server's address*
215-977-9393

Additional information regarding attempted service, etc: