IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G-I HOLDINGS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | CIVIL ACTION NO. 11-00459 |

**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7.4, it is hereby stipulated between Plaintiff G-I Holdings, Inc. ("G-I Holdings") and Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century") that the time for Century to answer, plead or otherwise move in response to G-I Holdings' Complaint shall be extended by fourteen (14) days. The time deadline for Century to answer, plead or otherwise respond to G-I Holdings' Complaint is presently February 18, 2011. No such prior extension of time for Century to answer, plead or otherwise move has been granted in this matter.

Accordingly, Century shall answer, plead or otherwise move in response to G-I Holdings' Complaint on or before March 4, 2011.

STIPULATED AND AGREED THIS 18TH DAY OF FEBRUARY, 2011.

| FRIED & EPSTEIN LLP | WHITE AND WILLIAMS LLP |
|---|---|
| BY: *Linda J. Karpel* (signature) | BY: (signature) |
| Lee M. Epstein | Patricia B. Santelle |
| Linda J. Karpel | Gregory S. Capps |
| Constitution Place | 1800 One Liberty Place |
| 325 Chestnut Street, Suite 900 | 1650 Market Street |
| Philadelphia, PA 19106 | Philadelphia, PA 19103 |
| Telephone: (215) 625-0123 | Telephone: (215) 864-7000 |
| Facsimile: (215) 625-0764 | Facsimile: (215) 864-7123 |
| Attorneys for G-I Holdings Inc. | Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America |

**UNITED STATES DISTRICT COURT:**

_____