IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G-I HOLDINGS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>CENTURY INDEMNITY COMPANY, AS<br>SUCCESSOR TO CCI INSURANCE COMPANY, AS<br>SUCCESSOR TO INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>        Defendant. | CIVIL ACTION NO. 11-00459 |

## STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Local Rule 7.4, it is hereby stipulated between Plaintiff G-I Holdings, Inc. ("G-I Holdings") and Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century") that the time for Century to answer, plead or otherwise move in response to G-I Holdings' Complaint shall be extended by fourteen (14) days. The time deadline for Century to answer, plead or otherwise respond to G-I Holdings' Complaint is presently February 18, 2011. No such prior extension of time for Century to answer, plead or otherwise move has been granted in this matter.

Accordingly, Century shall answer, plead or otherwise move in response to G-I Holdings' Complaint on or before March 4, 2011.

STIPULATED AND AGREED THIS 18TH DAY OF FEBRUARY, 2011.

FRIED & EPSTEIN LLP

BY: _Linda J Karpel_

    Lee M. Epstein
    Linda J. Karpel
    Constitution Place
    325 Chestnut Street, Suite 900
    Philadelphia, PA 19106
    Telephone: (215) 625-0123
    Facsimile: (215) 625-0764

Attorneys for G-I Holdings Inc.

WHITE AND WILLIAMS LLP

BY: _____

    Patricia B. Santelle
    Gregory S. Capps
    1800 One Liberty Place
    1650 Market Street
    Philadelphia, PA 19103
    Telephone: (215) 864-7000
    Facsimile: (215)864-7123

Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America

UNITED STATES DISTRICT COURT:

_Robert F. Kelly_

_Feb 23, 2011_