APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G-I HOLDINGS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CENTURY INDEMNITY COMPANY | : | NO.  2:11-cv-00459-RK |

ORDER

AND NOW, this _____ Day of _____, 2011, it is hereby

ORDERED that the application of _Sheri E. Hametz_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:11-cv-00459-RK

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Sheri E. Hametz__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __132122__, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| NY | 05/14/2001 | 3972163 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| MA | 01/29/2001 | 647680 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| S.D.N.Y. | 01/07/2003 | SH4665 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D.N.Y. | 04/30/2003 | SH4665 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Second Circuit | 02/26/2007 | **07-186534** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*   G-I Holdings, Inc.

(Applicant's Signature)

2/23/2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019

Tel: (212) 506-1700

Sworn and subscribed before me this

23rd Day of February, 2011

Notary Public

GEORGE WASHINGTON SIKES
NOTARY PUBLIC, State of New York
No. 01SI6178661
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Dec. 3, 2011

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

   The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Sheri E. Hametz___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Lee M. Epstein | [signature] | 10/28/91 | 61762 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Fried & Epstein LLP, Constitution Place, 325 Chestnut Street, Suite 900

Philadelphia, PA 19106

Tel: (215) 625-0123

Sworn and subscribed before me this

1st Day of March, 2001

[signature]
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Kathleen A. Remetta, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires March 11, 2012

Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G-I HOLDINGS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CENTURY INDEMNITY COMPANY | : | NO. 2:11-cv-00459-RK |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Sheri E. Hametz___ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Patricia B. Santelle and Gregory S. Capps

White & Williams LLP, 1800 One Liberty Place, 1650 Market Street

Philadelphia, PA 19103

_____
Signature of Attorney
Lee M. Epstein
Name of Attorney

G-I Holdings, Inc.
Name of Moving Party

3/1/2011
Date