# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

ROBIN L. COHEN
RCOHEN@KASOWITZ.COM
212-506-1770

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO

February 28, 2011

Michael E. Kunz, Clerk of Court
United States District Court for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797
ATTN: Attorney Admissions Application

Re:   **G-I Holdings, Inc. v. Century Indemnity Co., 2:11-cv-00549-RK**

Dear Mr. Kunz:

Enclosed please find my motion to appear *pro hac vice* on behalf of Plaintiff G-I Holdings, Inc. in the above-captioned case. To avoid any confusion in processing my application, I wanted to explain that I have previously been admitted to practice in Pennsylvania and before this Court. However, given that I have long operated my law practice out of New York, my memberships in the state bar of Pennsylvania and this Court's bar have become inactive. I am currently working to update my continuing legal education credits so that I may reacquire active status. In the interim, however, it is my understanding that I need to move for *pro hac vice* admission to appear before the Court in the above-captioned case.

Thank you for your attention to this matter. Please feel free to contact me should you have any questions.

Sincerely,

Robin L. Cohen

cc:   Patricia B. Santelle, Esq.
      Gregory S. Capps, Esq.

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G-I HOLDINGS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| CENTURY INDEMNITY COMPANY | : | NO.  2:11-cv-00459-RK |

ORDER

AND NOW, this _____ Day of _____, 2011, it is hereby

ORDERED that the application of <u>Robin L. Cohen</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐  GRANTED.

☐  DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:11-CV-00459-RK

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Robin L. Cohen_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __132121__, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| NY | 02/06/1989 | 2254019 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| NJ | 09/01/1987 | 030501986 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| PA (inactive*) | 12/15/1986 | 48165 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| S.D.N.Y. | 04/22/1997 | RC0815 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D.Pa. (inactive*) | 03/03/1987 | 48165 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Second Circuit | 08/27/2010 | **10-208167** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

(continue on next page)

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*   G-I Holdings, Inc.

(Applicant's Signature)

2/28/11
(Date)

*Please see attached letter.

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019

(212) 506-1700

Sworn and subscribed before me this

28th Day of February 2011

_____
Notary Public

MADELINE SCHNEIDER
Notary Public, State of New York
No. 01SC4675858
Qualified in New York County
Commission Expires Dec. 31, 20__

10/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:11-CV-00459-RK

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Robin L. Cohen** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number **132121**, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| | | |
| | | |
| | | |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Fourth Circuit | 08/12/1998 | N/A |
| Eighth Circuit | 08/30/2010 | 10-0378 |
| Tenth Circuit | 04/06/2006 | N/A |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   **G-I Holdings, Inc.**

(Applicant's Signature)

2/28/11
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019

(212) 506-1700

---

Sworn and subscribed before me this

28th Day of February, 2011

Notary Public

MADELINE SCHNEIDER
Notary Public, State of New York
No. 01SC4675858
Qualified in New York County
Commission Expires Dec. 31, 20_14_

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Robin L. Cohen_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Lee M. Epstein | _[signature]_ | 10/28/91 | 61762 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Fried & Epstein LLP, Constitution Place, 325 Chestnut Street, Suite 900

Philadelphia, PA 19106

Tel: (215) 625-0123

Sworn and subscribed before me this

1st Day of March, 2011

_[signature]_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kathleen A. Remetta, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires March 11, 2012
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G-I HOLDINGS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| CENTURY INDEMNITY COMPANY | : | |
| | : | NO.  2:11-cv-00459-RK |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Robin L. Cohen___ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Patricia B. Santelle and Gregory S. Capps

White & Williams LLP, 1800 One Liberty Place, 1650 Market Street

Philadelphia, PA 19103

_[signature]_
Signature of Attorney

Lee M. Epstein
Name of Attorney

G-I Holdings, Inc.
Name of Moving Party

3/1/2011
Date