IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G-I HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | CIVIL ACTION NO. 11-00459 |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

All of the outstanding capital stock of Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America (a non-governmental corporate party) is owned by Brandywine Holdings Corp., which is a subsidiary of INA Financial Corporation. The ultimate owner of Century Indemnity Company is ACE Limited, a publicly-traded company.

Dated: March 4, 2011

WHITE & WILLIAMS LLP

By: _____
Patricia B. Santelle
Gregory S. Capps

1650 Market Street
One Liberty Place
Suite 1800
Philadelphia, PA 19103-7395
(Tel) 215.864.7182
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2011, I caused a true and correct copy of the Defendants' Corporate Disclosure Statement to be served via the court's electronic filing system upon the following counsel for Plaintiff:

>Lee M. Esptein, Esquire
>FRIED & EPSTEIN LLP
>Constitution Place
>325 Chestnut Street, Suite 900
>Philadelphia, PA 19106

>WHITE & WILLIAMS LLP

>By: _____
>Gregory S. Capps
>1650 Market Street
>One Liberty Place
>Suite 1800
>Philadelphia, PA 19103-7395
>(Tel) 215.864.7182
>Attorneys for Defendant
>Century Indemnity Company, as
>successor to CCI Insurance
>Company, as successor to Insurance
>Company of North America