APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G-I HOLDINGS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CENTURY INDEMNITY COMPANY | : | NO. 2:11-cv-00459-RK |

<u>ORDER</u>

AND NOW, this 9th Day of March, 2011, it is hereby

ORDERED that the application of <u>Robin L. Cohen</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
Robert F. Kelly, J.