

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

G-I HOLDINGS, INC.               :   CIVIL ACTION
                                 :
        v.                       :
                                 :
CENTURY INDEMNITY COMPANY        :   NO. 2:11-cv-00459-RK

ORDER

AND NOW, this 9th Day of March, 2011, it is hereby

ORDERED that the application of Sheri E. Hametz, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
                              J.