IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G-I HOLDINGS, INC., | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 11-0459 |
| CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

## SCHEDULING ORDER

**AND NOW**, this 18th day of March, 2011, after a telephone conference between the Court and the parties, it is hereby **ORDERED** that:

1. the parties shall exchange the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) starting March 18, 2011;

2. fact discovery shall be completed on or before September 21, 2011;

3. Plaintiff shall forward its expert report(s) to Defendant on or before September 21, 2011;

4. Defendant shall forward its expert report(s) to Plaintiff on or before September 21, 2011;

5. all dispositive motions, if any, shall be filed on or before October 5, 2011;

6. if the parties do not file any dispositive motions, the parties' Joint Pretrial Order shall be filed on or before October 19, 2011. If dispositive motions

are filed, the parties' Joint Pretrial Order shall be filed within fourteen (14) days after the Court's disposition of the dispositive motions;

7. the Court shall give this case a date certain for trial; and

8. proposed changes to the foregoing schedule shall be considered by written motion only.

BY THE COURT:

_____
ROBERT F. KELLY
SENIOR JUDGE

*Copies mailed to:*
*L. Epstein, Esq*
*R. Cohen, Esq*
*G. Capos, Esq*