# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G-I HOLDINGS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 11-0459 |
| CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA, | : | |
| Defendant. | : | |

## AMENDED SCHEDULING ORDER

AND NOW, this 26th day of August, 2011, after consideration of the Joint Motion for Extension of the March 18, 2011 Scheduling Order, it is hereby **ORDERED** that:

1. fact discovery shall be completed on or before November 21, 2011;

2. Plaintiff shall forward its expert report(s) to Defendant on or before November 21, 2011;

3. Defendant shall forward its expert report(s) to Plaintiff on or before November 21, 2011;

4. all dispositive motions, if any, shall be filed on or before December 5, 2011;

5. if the parties do not file any dispositive motions, the parties' Joint Pretrial Order shall be filed on or before December 19, 2011. If dispositive motions are filed, the parties' Joint Pretrial Order shall be filed within

fourteen (14) days after the Court's disposition of the dispositive motions;

6. the Court shall give this case a date certain for trial; and

7. proposed changes to the foregoing schedule shall be considered by written motion only.

BY THE COURT:

*/s/ Robert F. Kelly*

ROBERT F. KELLY
SENIOR JUDGE