IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G-I HOLDINGS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 11-0459 |
| CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA, | : | |
| Defendant. | : | |

## AMENDED SCHEDULING ORDER

AND NOW, this 14th day of November, 2011, after consideration of the Joint Motion for Extension of the August 26, 2011 Amended Scheduling Order, it is hereby **ORDERED** that:

1. fact discovery shall be completed on or before December 21, 2011;

2. Plaintiff shall forward its expert report(s) to Defendant on or before January 11, 2012;

3. Defendant shall forward its expert report(s) to Plaintiff on or before January 11, 2012;

4. Plaintiff shall forward its rebuttal expert report(s) to Plaintiff on or before February 8, 2012;

5. Defendant shall forward its rebuttal expert report(s) to Plaintiff on

1

or before February 8, 2012;

6. depositions of expert witnesses shall be completed on or before February 24, 2012.

7. all dispositive motions, if any, shall be filed on or before February 29, 2012;

8. if the parties do not file any dispositive motions, the parties' Joint Pretrial Order shall be filed on or before March 7, 2012. If dispositive motions are filed, the parties' Joint Pretrial Order shall be filed within fourteen (14) days after the Court's disposition of the dispositive motions;

9. the Court shall give this case a date certain for trial; and

10. proposed changes to the foregoing schedule shall be considered by written motion only.

BY THE COURT:

*Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE

2