IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:11-cv-00459-RK

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Adam S. Ziffer__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __139010__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 02/05/1996 | 2737252 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| S.D.N.Y | 06/18/1996 | 6833 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D.N.Y. | 07/15/1996 | 6833 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Second Circuit | 08/27/1998 | **6833** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   G-I Holdings, Inc.

_____
(Applicant's Signature)

11/17/11
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Kasowitz, Benson, Torres & Friedman LLP

1633 Broadway, New York, NY 10019

Tel: (212) 506-3322

Sworn and subscribed before me this

17 Day of November 2011

_____
Notary Public

SARAH MERIAM COX
NOTARY PUBLIC-STATE OF NEW YORK
No. 02CO6218864
Qualified In New York County
My Commission Expires March 15, 2014

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Adam S. Ziffer___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| _LEE EPSTEIN_ | _[signature]_ | _7-31-1991_ | _61762_ |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Fried & Epstein LLP, Constitution Place

325 Chestnut Street, Suite 900, Philadelphia, PA 19106

Tel: (215) 625-0123

Sworn and subscribed before me this

___21___ Day of ___Nov___, 20_11_

___[signature]___
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kathleen A. Remetta, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires March 11, 2012

Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G-I HOLDINGS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CENTURY INDEMNITY COMPANY | : | NO.  2:11-cv-00459-RK |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of____Adam S. Ziffer____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Patricia B. Santelle and Gregory S. Capps
_____

White & Williams LLP
_____

1800 One Liberty Place, 1650 Market Street, Philadelphia, PA 19103
_____

_____
Signature of Attorney

_____
Name of Attorney

G-I Holdings, Inc.
_____
Name of Moving Party

_____
Date

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G-I HOLDINGS, INC. | : | CIVIL ACTION |
| v. | : | |
| CENTURY INDEMNITY COMPANY | : | NO.  2:11-cv-00459-RK |

<u>ORDER</u>

AND NOW, this _____ Day of _____, 2011, it is hereby

ORDERED that the application of <u>Adam S. Ziffer</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                     J.