APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G-I HOLDINGS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CENTURY INDEMNITY COMPANY | : | NO. 2:11-cv-00459-RK |

ORDER

AND NOW, this 28th Day of Nov., 2011, it is hereby

ORDERED that the application of Adam S. Ziffer, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

*Robert F. Kelly*
J.