IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G-I HOLDINGS, INC., | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 11-0459 |
| CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

### FOURTH AMENDED SCHEDULING ORDER

**AND NOW,** this ___ day of January, 2012, after consideration of the Joint Motion for Extension of the January 19, 2011 Amended Scheduling Order, it is hereby **ORDERED** that:

1. fact discovery shall be completed on or before March 2, 2012;

2. Plaintiff shall forward its expert report(s) to Defendant on or before March 23, 2012;

3. Defendant shall forward its expert report(s) to Plaintiff on or before March 23, 2012;

4. Plaintiff and Defendant shall forward any rebuttal expert report(s) on or before April 23, 2012;

5. Depositions of expert witnesses shall be completed on or before

1

May 7, 2012;

6. all dispositive motions, if any, shall be filed on or before May 14, 2012;

7. if the parties do not file any dispositive motions, the parties' Joint Pretrial Order shall be filed on or before May 24, 2012. If dispositive motions are filed, the parties' Joint Pretrial Order shall be filed within fourteen (14) days after the Court's disposition of the dispositive motions;

8. the Court shall give this case a date certain for trial; and

9. proposed changes to the foregoing schedule shall be considered by written motion only.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE