

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G-I HOLDINGS, INC., ) | CIVIL ACTION |
| Plaintiff, ) | |
| v. ) | No. 11-00459 |
| CENTURY INDEMNITY COMPANY, as ) successor to CCI INSURANCE COMPANY, ) as successor to INSURANCE COMPANY OF ) NORTH AMERICA, ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiff G-I Holdings, Inc. ("G-I") and Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), by and through their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action be, and the same hereby is discontinued with prejudice, but such prejudice shall be only to the extent of the releases contained in the "Settlement Agreement And Release" entered into between the parties to this action on March 7, 2012 and without fees or costs by either party as against the other.

15

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
Robin L. Cohen
Adam S. Ziffer

1633 Broadway
New York, NY 10019
(212) 506-1700

Attorneys for Plaintiff G-I HOLDINGS, INC.

Dated: March 7, 2012

WHITE AND WILLIAMS LLP

By: _____
Patricia B. Santelle
Gregory S. Capps

1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
(215) 864-7182

Attorneys for Defendant CENTURY INDEMNITY COMPANY

Dated: March 7, 2012

*Approved and so Ordered*
*Robert F. Kelly*
*March 14, 2012*

16